# EXHIBIT 1 – 9/18/20 FSA Letter to NIGC



# FORT SILL - CHIRICAHUA - WARM SPRING - APACHE TRIBE
PHONE: (580) 588-2298 / 2314 • FAX: (580) 588-3133
TOLL FREE: 1-877-826-0726
43187 US Highway 281 • APACHE, OKLAHOMA 73006-8038

September 18, 2020

Chairman E. Sequoyah Simermeyer
National Indian Gaming Commission
Attn: Facility License
1849 C Street NW,
Mail Stop #1621
Washington, DC 20240

Re: Fort Sill Apache Facility License Notification and Expedited Review Request

Dear Chairman, Simermeyer:

I am writing to you in my capacity as the Chairwoman of the Fort Sill Apache Tribe. In late April 2020, the Tribe, through its attorney, forwarded by mail a notification to the National Indian Gaming Commission of its intent to open a tribal gaming facility on its property located at 15179 State Highway, Anadarko, OK 73005 as required by 25 C.F.R. § 559.2. (Enclosure 1) When we did not receive confirmation from the NIGC, a copy was sent by registered mail with a tracking number.

Unfortunately, as you can see the notification was addressed to the NIGC's old address. Apparently, our attorney was following the guidance on your website which also lists the NIGC's old address when he forwarded our notification to the NIGC.[1]

What is critical for the Tribe is that although we had been delayed by the Covid-19 outbreak, we are now moving forward with our project and need to get this notification process completed. Thus, we are requesting a 60-Day **Expedited Review** pursuant to 25 C.F.R. § 559.2 (a)(1).

We would appreciate your immediate attention on our request for an expedited review. We hope that the NIGC will clarify the information on its website to prevent future issues regarding notification requirements. If you have any questions, please do not hesitate to contact me.

Sincerely,

Lori Gooday Ware
Chairwoman

---

[1] https://www.nigc.gov/images/uploads/UpdatedFacilityLicenseQAsNov2008.pdf

**Compl. Exhibit 1**
**FSA Ltr. to NIGC**

MOUNTAIN SPIRIT DANCER

Mountain Spirit Dancer represents the Mountain Spirit Ceremony which is used by the Chiricahua and Warm Springs Apache. It was given to the Apaches by the Mountain Spirits for blessings, protection, curing and warding off disease. Th Ceremony is stillused today.



**FORT SILL - CHIRICAHUA - WARM SPRING - APACHE TRIBE**
PHONE: (580) 588-2298 / 2314 • FAX: (580) 588-3133
TOLL FREE: 1-877-826-0726
43187 US Highway 281 • APACHE, OKLAHOMA 73006-8038

April 21, 2020

Chairman E. Sequoyah Simermeyer
National Indian Gaming Commission
1441 L Street, NW
Suite 9100
Washington, D.C. 20005

Re: Notice of Intent to Open Gaming Facility

The Fort Sill Apache Tribe is providing notice to the National Indian Gaming Commission that it intends to issue a facility license to open and operate a new gaming facility on its trust lands in Oklahoma. The Tribe anticipates opening this facility and issuing a facility license for the operation of this facility in approximately four months or 120-days from the date of this letter.

The new facility has not been officially given a name, but the facility will be located at what is geographically called in the area the "Apache Wye" which is located at 15179 State Highway, Anadarko, OK 73005. The legal description of this parcel is:

The NE1/4 of Section 33, Township 7 North, Range 11 West of the Indian Meridian, containing 160 acres, more or less.

The parcel was taken in trust for the Fort Sill Apache in a trust-to-trust transfer in June 2001 and is part of the original Kiowa allotment land of George Tsalote (1890) (Enclosure 1) Please find the enclosed Fort Sill Apache Business Committee Resolution approving gaming and the provision of this notice to issue a facility license for a tribal gaming facility on this site. (Enclosure 2)

If you have any questions or require any additional information, please feel free to contact our attorney, Phillip E. Thompson at 301-535-0488 (Can add a contact from the Tribal Gaming Commission). The Fort Sill Apache Tribe appreciates your prompt review of this matter.

Sincerely,

*Lori Gooday Ware*
Lori Gooday Ware
Chairwoman

MOUNTAIN SPIRIT DANCER

Mountain Spirit Dancer represents the Mountain Spirit Ceremony which is used by the Chiricahua and Warm Springs Apache. It was given to the Apaches by the Mountain Spirits for blessings, protection, curing and warding off disease. Th Ceremony is stillused today.



# FORT SILL - CHIRICAHUA - WARM SPRING - APACHE TRIBE
PHONE: (580) 588-2298 / 2314 • FAX: (580) 588-3133
TOLL FREE: 1-877-826-0726
43187 US Highway 281 • APACHE, OKLAHOMA 73006-8038

## BUSINESS COMMITTEE RESOLUTION TO AUTHORIZE GAMING AT THE APACHE WYE
### RESOLUTION FSABC-2020-04

**WHEREAS,** the Fort Sill Apache Tribe of Oklahoma is a Federally recognized Indian Tribe organized under the Oklahoma Indian Welfare Act of June 26, 1936, and under its Tribal Constitution ratified on October 30, 1976, has full power to act for the Tribe; and

**WHEREAS,** the Fort Sill Apache Tribe of Oklahoma Tribal Business Committee has the duty and responsibility to represent the Tribe and act on all matters that concern the welfare of the Tribe pursuant to Article IV of the Constitution of the Fort Sill Apache Tribe of Oklahoma; and

**WHEREAS,** the Fort Sill Apache Tribe and its members were forcibly removed from their former reservation, aboriginal and Indian Title lands located in what is now present-day New Mexico, Arizona and Mexico and eventually forcibly resettled into Oklahoma by the Federal Government; and

**WHEREAS,** the Fort Sill Apache Tribe seeks to expand its land base and consolidate all its economic development activities on trust lands in Oklahoma; and

**WHEREAS,** the United States of America owns lands in trust for the Fort Sill Apache Tribe (physical address 15179 State Highway, Anadarko, OK 73005) acquired by a trust-to-trust transfer in June 2001, in the State of Oklahoma located at:

> The NE1/4 of Section 33, Township 7 North, Range 11 West of the Indian Meridian, containing 160 acres, more or less; and

**WHEREAS,** the Tribe currently owns and operates the Apache Mart at this site and is proposing to open a tribal gaming facility at this site; and

**NOW, THEREFORE, BE IT RESOLVED** that the Fort Sill Apache Tribal Business Committee pursuant to the authority granted to it under the Tribe's Constitution and the Indian Gaming Regulatory Act authorizes gaming on the above-mentioned property commonly referred to as the "Apache Wye"; and

MOUNTAIN SPIRIT DANCER

Mountain Spirit Dancer represents the Mountain Spirit Ceremony which is used by the Chiricahua and Warm Springs Apache. It was given to the Apaches by the Mountain Spirits for blessings, protection, curing and warding off disease. Th Ceremony is stillused today.



**FORT SILL - CHIRICAHUA - WARM SPRING - APACHE TRIBE**
PHONE: (580) 588-2298 / 2314 • FAX: (580) 588-3133
TOLL FREE: 1-877-826-0726
43187 US Highway 281 • APACHE, OKLAHOMA 73006-8038

**NOW, THEREFORE, BE IT FURTHER RESOLVED** that the Fort Sill Apache Tribe of Oklahoma Tribal Business Committee hereby grants to Chairwoman Lori Gooday Ware the authority to prepare and forward a proper notification to the National Indian Gaming Commission of the Tribe's intent to issue a facility license and operate a tribal gaming facility at the Apache Wye.

## CERTIFICATION

This is to certify the foregoing resolution was adopted in a duly called meeting of the Fort Sill Apache Tribe of Oklahoma Business Committee on March 11, 2020 by a vote of 5 For -0- Against -0- Abstaining.

ATTEST:

*[signature]*
Lori Gooday Ware
Chairwoman

*[signature]*
Leland Michael Darrow
Secretary/Treasurer

**MOUNTAIN SPIRIT DANCER**

Mountain Spirit Dancer represents the Mountain Spirit Ceremony which is used by the Chiricahua and Warm Springs Apache. It was given to the Apaches by the Mountain Spirits for blessings, protection, curing and warding off disease. Th Ceremony is stillused today.

(Page 1 of 2)

5-5446
(Sept. 1956)

MICROFILMED
07-24-2001
802-032927-01

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF INDIAN AFFAIRS

Recorded at the
U.S. Department of the Interior
Bureau of Indian Affairs
Land Titles and Records Office
Document Number: 032927901
Date: 2017 MAY 16 01:17 PM

Land being alloted
GEORGE _____
Allottee No. 1890

DEED TO RESTRICTED INDIAN LAND

THIS INDENTURE, made and entered into this 26th day of June, A.D. 2001 by and between (b) (6) _____

of APACHE, OKLAHOMA, _____ Indian, party of the first part, and the UNITED STATES of AMERICA in trust for THE FORT SILL APACHE TRIBE OF OKLAHOMA,

of APACHE, OKLAHOMA _____, party of the second part:

WITNESSETH, That party of the first part, for and in consideration of the sum of $200,000.00------------------------------------------------------dollars, in hand paid, the receipt of which is hereby acknowledged, does hereby grant, bargain, sell, and convey unto said party of the second part the following-described real estate and premises situated in CADDO County, State of OKLAHOMA on the KIOWA, COMANCHE, APACHE Indian Reservation, to wit:

THE NE¼ OF SECTION 33, TOWNSHIP 7 NORTH, RANGE 11 WEST OF THE INDIAN MERIDIAN, CONTAINING 160.00 ACRES, MORE OR LESS.

together with all the improvements thereon and the appurtenances thereunto belonging. And the said party of the first part, for (him/her)self and (his/her) heirs, executors, and administrators, does hereby covenant, promise and agree with said party of the second part, its successors and assigns, that (he/she) will forever warrant and defend the said premises against the claim of all persons, claiming or to claim by, through, or under (him/her) only.

To have and to hold said described premises unto the said party of the second part, its successors and assigns, forever.

IN WITNESS WHEREOF, That said party of the first part has hereunto set (his/her) hand and seal the day and year first-above written.

WITNESSES:

(b) (6) _____ (SEAL)

_____ _____ (SEAL)

_____ _____ (SEAL)

_____ _____ (SEAL)

_____ _____ (SEAL)

_____ _____ (SEAL)

ACCEPTED & POSTED TO S-1__. DATE 8/6/2001 lmc

(Page 2 of 2)

A C K N O W L E D G M E N T

STATE OF Oklahoma )
                  ) ss:
COUNTY OF Caddo   )

BE IT REMEMBERED, That on this 26th day of June, A.D. 2001 before the undersigned, a NOTARY PUBLIC in and for the County and State aforesaid, personally appeared:

(b) (6)

to me personally known to be the identical person who executed the within instrument of writing, and such person duly acknowledged the execution of the same as his free and voluntary act and deed for the uses and purposes therein set forth.

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed my seal on the day and year last hereinabove written.

_Jerry Lou Kane_
NOTARY PUBLIC
(Title)

My commission expires 10-8-2004

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF INDIAN AFFAIRS
Anadarko Indian Agency
P.O. BOX 309
Anadarko, OK 73005

This conveyance is made in accordance with the provisions of the Act of June 18, 1934 (48 Stat. 984).

The within deed is hereby approved pursuant to authority delegated by 230 DM 1; 209 DM 8, IAM Release #99-03, Part 3, Chapter 4, 10 BIAM 13, as amended, and the Anadarko Area Addendum to 10 BIAM dated October 14, 1994.

6-27-01                Beth B____
Date                   SUPERINTENDENT

LEESBURG
25 CATOCTIN CIR S[illegible]

LEESBURG
VA
20175-9[illegible]8
515100-9552
5/[illegible] (800)275-8777 09:27 A[illegible]

| Product | Qty | Unit Price | Price |
| --- | --- | --- | --- |
| [illegible] | 1 | $7.50 | $7.5[illegible] |

[illegible] DC 20002)
(Weight 6.72 oz)
(Expected Delivery Day)
(Friday 05/22/20[illegible])
(USPS Tracking #)
[illegible]505 5066 77[illegible]
Insurance $0.0[illegible]
(Up to $50.00 included)

Total: $7.5[illegible]

VISA $7.5[illegible]
(Account #:XXXXX[illegible])
(Approval #:[illegible])
(Transaction #:761)
(Receipt #:[illegible])
(AID:[illegible])
(AL:VISA CREDIT)
(PI[illegible])

[illegible]

Text your tracking n[illegible]
(28USPS) to get [illegible]
Standard Message [illegible] may
apply. You may also [illegible].com
USPS Tracking [illegible] 811.

Save this receipt as evide[illegible]
[illegible] For information on
a[illegible] claim go to
https://[illegible]help/cla[illegible]

[illegible] your Mail
Track your Packages
Sign up [illegible] FREE @
www.informeddelivery.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.