# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KIOWA TRIBE et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT ) <br> OF THE INTERIOR et al., ) <br> ) <br> Defendants. ) | Case No. CIV-22-425-G |

## ORDER

Plaintiffs' Motion for Temporary Restraining Order (Doc. No. 3) is set for hearing on Tuesday, May 31, 2022, at 9:30 a.m. in Courtroom 305 of the William J. Holloway, Jr. United States Courthouse. Any written responses must be filed on or before Friday, May 27, 2022.

IT IS SO ORDERED this 25th day of May, 2022.

_____
CHARLES B. GOODWIN
United States District Judge