## UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF OKLAHOMA

|  |  |  |
|---|---|---|
| Kiowa Tribe, and Comanche Nation, | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) | **CASE NUMBER: 5:22-CV-00425** |
| The United States Department of the Interior, et al.; | ) ) ) | |
| Defendants. | ) ) | |

## <u>MOTION FOR ADMISSION PRO HAC VICE</u>

NOW COMES the undersigned counsel, Forrest Tahdoooahnippah, a member in good standing of the bar of Minnesota and the bar of this Court, and moves this court for the admission pro hac vice of Amy Weisgram.  In support of this motion, the undersigned states:

Ms. Weisgram is an attorney with the law firm of Dorsey & Whitney LLP in Minneapolis, Minnesota.  Her office address phone number are Suite 1500, 50 South Sixth Street, Minneapolis, Minnesota 55402-1498, (612)-492-5471.  Ms. Weisgram is familiar with the Plaintiff and the issues raised in this action, and her knowledge of factual and substantive areas of law will be of particular benefit with regard to the efficient handling of this case.

Ms. Weisgram is a member in good standing of the bar of Minnesota and is admitted to practice before the following courts:  Supreme Court of the State of Minnesota; U.S. District Court for the District of Minnesota; Mille Lacs Band of Ojibwe

Tribal Court; Grand Traverse Band Tribal Court; and all state Courts in the State of Minnesota.

Ms. Weisgram has never been disciplined by any bar.

WHEREFORE, the undersigned counsel respectfully moves this Court to admit Amy Weisgram pro hac vice as counsel for Plaintiff.  A proposed order is attached.

Submitted by,

Dated:  May 27, 2022

 /s/ Forrest Tahdooahnippah
Forrest Tahdooahnippah (SBN 0391459)
forrest@dorsey.com
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
(612) 340-2600 (telephone)
(612) 340-2868 (facsimile)

*Attorney for Plaintiff Comanche Nation*

4881-9251-5618\1