UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **KIOWA TRIBE et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case No. CIV-22-425-G |
| ) | |
| **UNITED STATES DEPARTMENT** ) | |
| **OF THE INTERIOR et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

Now before the Court is the FSA Defendants' Response (Doc. No. 13) to Plaintiffs' Motion for Temporary Restraining Order (Doc. No. 3). Included with the Response is a motion to dismiss pursuant to Federal Rules of Civil Procedure 19 and 12(b)(6). *See* FSA Defs.' Resp. at 14-19.

Pursuant to this Court's Local Civil Rules, "[e]ach motion shall be a separate document," and "[a] response to a motion may not also include a motion . . . made by the responding party." LCvR 7.1(c).

Accordingly, the portion of the FSA Defendants' Response seeking dismissal—presented on pages 14 through 19—is hereby STRICKEN, without prejudice to refiling. The Court shall consider Doc. No. 13 only to the extent it responds to Plaintiffs' Motion for Temporary Restraining Order.

IT IS SO ORDERED this 27th day of May, 2022.

*[signature: Charles B. Goodwin]*
CHARLES B. GOODWIN
United States District Judge