UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

|  |  |  |
|---|---|---|
|  | ) | |
|  | ) | |
|  | ) | |
|  | ) | |
| vs.                    Plaintiff(s) | ) | Case No. _____ |
|  | ) | |
|  | ) | |
|  | ) | |
|  | ) | |
|  Defendant(s) | ) | |

## REQUEST FOR ADMISSION PRO HAC VICE

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true and correct:

1. Full name: _____

2. State bar membership number: _____

3. Business address, telephone and fax numbers:

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?   ☐ Yes  ☐ No

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?   ☐ Yes  ☐ No
   (Please attach a statement explaining any "YES" answers to questions 5 or 6.)

7. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this court?   ☐ Yes  ☐ No

   A check for $50 should be made payable to the U.S. District Court Clerk.
     (United States Government Attorneys are exempted from paying this fee.)

   DATED this _____ day of _____.

   *Phillip E. Thompson*
   Phillip E. Thompson
   _____
   Signature of Applicant

005/rvsd 06-04