

Report for:

# Expanded Gaming Operations Planning Analysis

Apache Wye, Oklahoma

| | |
|---|---|
| PFAID: | **11-166B** |
| Version: | Final.R1 |
| Prepared for: | Fort Sill Apache Tribe |
| Prepared by: | Pro Forma Advisors LLC |
| Date: | January 2021 |

Pro Forma Advisors LLC

Los Angeles        San Francisco        Hartford        www.ProFormaAdvisors.com

 **Pro Forma** Advisors LLC

 FLASH/GLC

## FLASH Engagement

Pro Forma Advisors LLC was engaged by:

Fort Sill Apache Tribe
2321 East Gore Blvd.
Lawton, OK  73502

### FLASH Assignment

This document provides a summary updated analysis related to an engagement previously conducted for the Tribe (PFAID No. 11-166).  Whereas the prior study included analysis of four potential gaming locations in Oklahoma, the current scope focuses on limited updating of the previous analysis, while focusing on a single location.  The target location is an envisioned, 75-machine gaming operation adjacent to the Tribe's existing Apache Market in Apache Wye.

For the current analysis, updated gaming demand projections were made using our proprietary Market Demand Gravity Model, within the context of available markets, competition, and comparable economics of benchmark gaming attractions.  The analysis also includes an illustrative planning framework and cash flow model.

The report also incorporates General Limiting Conditions which govern the usage and limiting conditions of any forecasts and projection within the report.

This report was produced by:

Pro Forma Advisors LLC
35 East Main Street, No. 155
Avon, CT 06001
+1.203.604.9007

## General Limiting Conditions

Certain information included in this report contains forward-looking estimates, projections and/or statements.  Pro Forma Advisors LLC has based these projections, estimates and/or statements on expected future events. These forward-looking items include statements that reflect our existing beliefs and knowledge regarding the operating environment, existing trends, existing plans, objectives, goals, expectations, anticipations, results of operations, future performance and business plans.

Further, statements that include the words "may," "could," "should," "would," "believe," "expect," "anticipate," "estimate," "intend," "plan," "project," or other words or expressions of similar meaning have been utilized. These statements reflect our judgment on the date they are made and we undertake no duty to update such statements in future.

No warranty or representation is made by Pro Forma Advisors that any of the projected values or results contained in this study will actually be achieved.

Although we believe that the expectations in these reports are reasonable, any or all of the estimates or projections in this report may prove to be incorrect. To the extent possible, we have attempted to verify and confirm estimates and assumptions used in this analysis.  However, some assumptions inevitably will not materialize as a result of inaccurate assumptions or as a consequence of known or unknown risks and uncertainties and unanticipated events and circumstances, which may occur. Consequently, actual results achieved during the period covered by our analysis will vary from our estimates and the variations may be material.  As such, Pro Forma Advisors accepts no liability in relation to the estimates provided herein.

In the production of this report, Pro Forma Advisors has served solely in the capacity of consultant and Pro Forma Advisors has not rendered any "expert" opinions and does not hold itself out as an "expert" (as the term "expert" is defined in Section 11 of the Securities Act of 1933).

This report is not to be used in conjunction with any public or private offering of securities, and may not be relied upon with the express written consent of Pro Forma Advisors.

This study is qualified in its entirety by, and should be considered in light of, these limitations, conditions, and considerations.



## Table of Contents

Executive Summary     2

Concept Under Study     3

Current Performance     7

Gaming Market Context     8

Demand Analysis     11

Planning Factors     17

Pro Forma Financial Model     19

Appendix (Financial Modeling Detail)     20

 **Pro Forma** Advisors LLC

 Summary

## Executive Summary

### Engagement Overview

The Fort Sill Apache Tribe (the Tribe) has engaged Pro Forma Advisors LLC to evaluate updated gaming revenue potential for a 75-slot, convenience gaming operation envisioned for Apache Wye, Oklahoma - adjacent to the Tribe's existing Apache Market. This document provides a summary updated analysis related to an engagement previously conducted for the Tribe (PFAID No. 11-166).

### Resident Market Insight

The Project site is located in a rural area in Caddo County, with small-scale resident markets available. The larger regional population centers are Lawton, Wichita Falls and Oklahoma City.

Based on time and budget considerations, and per agreement with the Tribe, analysis of the resident market was not updated in detail. However, estimated population growth was incorporated into the updated Market Demand Gravity Model for purpose of developing updated gaming demand projections.

### Competitive Landscape

There are six existing casinos within about 25 miles of the Project site. Larger competitive properties beyond the regional / locals market include the casinos at Lawton and Oklahoma City.

### GGR Potential

The analysis suggests 2024 **GGR potential** of approximately **$2.0 million**, implying **daily win** of about **$72 per machine** at 75 units.

### COVID-19 Pandemic

The timing of economic recovery from the COVID-19 pandemic is still uncertain, and depends largely on the timing and delivery of an effective vaccine. For modeling purposes, gaming spend adjustments of -7% and -2% were made for 2020 and 2021, respectively, as a proxy for lost demand growth due to COVID-19.

### Planning Ranges

The analysis suggests that the Project's envisioned scale (3,000 square-foot, convenience gaming facility with about 75 machines) is reasonable in the market.

### Pro Forma Financial Model

A ten-year operating model was prepared based on the revenue analysis, A phased opening is modeled, with the facility assumed to **open with 50 machines**, and **increase to 75 machines** in Year 3. The cash flow analysis suggests stabilized-year **EBITDA potential** of about **$1.0 million**.

### Development Budget Assumptions

Based on preliminary development budget information provided by the Client, a total development budget of about **$2.3 million** is expected ($1.5 million in construction + $0.8 million for Class III slots) - or approximately $500 per sf of construction. For modeling purposes, a two-year construction cycle is assumed.

### Investment Summary

Based on the Project's expected EBITDA potential and assumed development budget as outlined above, the analysis suggests a **Project IRR** of about **33%**.

Based on these findings, the Project is considered a **highly attractive investment**. However, given the limited available market, it will be important to **control development costs closely** and avoid over-spending.

**Pro Forma**
Advisors LLC

## Concept Under Study

Pro Forma Advisors has been engaged by the Client to evaluate updated gaming revenue potential at the target site in Apache Wye, Oklahoma.

The Project is envisioned as a small-scale, convenience gaming facility with approximately 75 machines.

The envisioned Project location is adjacent to the Tribe's Apache Market, a convenience store and fueling station. Gaming operations for the Project are assumed to be operated directly by the Tribe.

The focus of this analysis is to provide a research-driven approach for estimating the Project's revenue and earnings potential in light of available markets and competitive conditions.

The analysis also includes preliminary facility-sizing considerations and a multi-year cash flow model to illustrate the Project's earnings potential.



Project Location

PFAID: **11-166B**.Final.R1

**Pro Forma**
Advisors LLC

## Site Overview

The Project location is adjacent to the existing Apache Market convenience store (C-Store), which the Tribe has operated since 2018.

Key site characteristics of the site:

‣ At the southwest corner of the intersection of Routes 9 and 62 in Caddo County
‣ About 9 miles west of Anadarko and 11 miles north of Apache
‣ Strong visibility and and convenient access are achievable from both Route 9 and 62

## Envisioned Program

The Project is envisioned as a small-scale, convenience gaming facility with limited support amenities. Preliminary site plan renderings are included on the following pages.

Key program elements include:

‣ 2,250 square-foot casino floor, featuring approximately 75 gaming machines
‣ F&B amenity limited to a 35 square-foot beverage station, with prepared snacks brought in as necessary from the C-store kitchen next door
‣ Total building footprint of approximately 3,000 square feet

PFAID: **11-166B**.Final.R1



Concept

Casino Development Area

Existing Apache Market



Pro Forma
Advisors LLC

Concept





PROPOSED CASINO ADDITION TO THE
**FORT SILL APACHE MARKET**
SH 9 AND US HWY 62 · CADDO COUNTY, OKLAHOMA

DESIGN BUILD PRE-PROPOSAL DOCUMENTS
**SITE PLAN**
PRELIMINARY
10/23/2020
© 2019 CJC ARCHITECTS, INC. & MASKA BUILDERS LLC.







Pro Forma
Advisors LLC

Concept



PROPOSED CASINO ADDITION TO THE
**FORT SILL APACHE MARKET**
SH 9 AND US HWY 62 - CADDO COUNTY, OKLAHOMA

DESIGN BUILD PRE-PROPOSAL DOCUMENTS
**FLOOR PLAN**
PRELIMINARY
10/23/2020



Pro Forma
Advisors LLC

Existing Operations

## Current Performance

The existing Apache Casino is housed in a Type 1A building on a half-acre parcel of trust land.  The casino interior was fully renovated in 2008, and a 132-room casino hotel on adjacent leased land was added in 2012.  The casino contains approximately 895 slot machines and 13 table games.

In recent years, annual casino GGR increased to approximately $54 million in 2019, up from $50 million in 2016.  EBITDA in recent years has been in the range of $28 to $31 million.

(Note that EBITDA margin calculations factor only gross margin for the C-Store on the revenue side, in order to avoid potential skewing from the inclusion of the C-Store's low-margin fuel and inside sales.)

As of 2019, daily win per gaming position was estimated at approximately $155.

GGR has shown some seasonal variance, but has typically trended between $4 and $5 million per month.

**Figure 1 - Apache Casino Hotel Performance ($, Millions)**

|  | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|
| Slot Net Win | $50.2 | $49.7 | $49.9 | $52.0 | $52.5 |
| Table Net Win | $2.6 | $2.4 | $2.0 | $2.4 | $2.9 |
| **GGR** | **$52.8** | **$52.1** | **$51.9** | **$54.4** | **$55.4** |
| Promotional Allowance | ($1.27) | ($1.88) | ($1.78) | ($1.92) | ($1.74) |
| **Net Gaming Revenue** | **$51.5** | **$50.2** | **$50.2** | **$52.5** | **$53.7** |
| F&B Revenue | $4.1 | $4.3 | $4.4 | $4.7 | $4.8 |
| Hotel Revenue | $2.5 | $2.6 | $2.6 | $2.7 | $2.6 |
| C-Store Gross Margin | $.5 | $.5 | $.6 | $.6 | $.5 |
| Event Center | - | - | $.4 | $.3 | $.3 |
| Other Revenue | $1.0 | $1.0 | $1.3 | $1.2 | $1.2 |
| **Total Revenue** | **$59.6** | **$58.7** | **$59.5** | **$62.0** | **$63.1** |
| Payroll | $12.9 | $13.4 | $13.9 | $14.4 | $14.6 |
| Other Op Expenses | $16.1 | $16.6 | $17.6 | $17.6 | $18.7 |
| **EBITDA** | **$30.6** | **$28.6** | **$28.0** | **$30.0** | **$29.8** |

**Figure 2 - Monthly GGR Trend ($, Millions)**





## Gaming Market Context

### Competitive Situation

The Indian casino gaming market in Oklahoma is robust with $4.5 billion in GGR as of FY 2018, or approximately $1,140 per capita.  When limiting for Oklahoma, estimated GGR contributed by Oklahoma residents is $2.2 billion, for per-capita GGR of $550.

Many of the larger tribal facilities are located near large urban markets, or at the borders of states without gaming such as Texas and Arkansas. A significant number of others are in rural locations or at key highway intercept markets.

As illustrated on the map opposite, there are six existing casinos within about 25 miles of the Project site. Larger competitive properties beyond the regional / locals market include the casinos at Lawton and Oklahoma City.

The following section is an overview of the competitive facilities and competitive positioning for key competitive properties.



 Pro Forma Advisors LLC

 Competition

**Figure 3  Overview of Key Competitive Properties**

|  | Gold River Casino | Kiowa Verden | Golden Eagle Casino | Kiowa Casino Carnegie | Salt Creek Casino |
|---|---|---|---|---|---|
| **Location** | Anadarko | Verden | Apache | Carnegie | Pocasset |
| **Casino Size (ft²)** | 21,000 | 3,600 | 8,000 | 5,000 | 33,800 |
| **Owner** | Delaware Nation | Kiowa Tribe | Apache Tribe | Kiowa Tribe | Chickasaw Nation |
| **Slots** | 453 | 100 | 238 | 117 | 603 |
| **Tables/Games** | - | - | - | - | 4 |
| **Restaurants** | Lounge & Grill | Snack bar | Snack bar | Restaurant/cafe | Bar<br>Cafe |
| **Hotel Rooms** | - | - | - | - | - |

|  | Comanche Spur Casino | Apache Casino Hotel | Comanche Nation Casino | Newcastle Casino | Newcastle Travel Gaming |
|---|---|---|---|---|---|
| **Location** | Elgin | Lawton | Lawton | Newcastle | Newcastle |
| **Casino Size (ft²)** | 2,400 | 23,500 | 36,000 | 64,700 | 7,500 |
| **Owner** | Comanche Nation | Fort Sill Apache | Comanche Nation | Chickasaw Nation | Chickasaw Nation |
| **Slots** | 176 | 890 | 700 | 3,013 | 204 |
| **Tables/Games** | - | 13 | 10 | 14 | - |
| **Restaurants** | C-Store / snack bar | 360 Restaurant<br>Apache Snack Bar<br>Loft Bar, Summit Coffee | Grill<br>Sports Bar | Sports Bar<br>Kitchen 44 Restaurant | Snack Bar |
| **Hotel Rooms** | - | 132 | - | - | - |


Pro Forma
Advisors LLC


Competition

## Oklahoma Tribal Gaming

Oklahoma tribal casinos are not required to report independent public information on gaming revenue or performance. However by compact, they report gaming revenues and revenue share payments to the National Indian Gaming Commission. The NIGC reports from the Oklahoma City Regional Office include western Oklahoma and Texas. During the Fiscal Year (July-June) 2018, total OKC Region gaming revenues were $2.48 billion.

Key Oklahoma Tribal gaming characteristics include:

- 31 tribes operating a total of 131 facilities offering Class III games.
- Approximately 73,440 electronic gaming devices
  - ☑ 41,860 Class III machines (57%)
  - ☑ 31,580 Class II machines (43%)
  - ☑ Approximately 800 table games
- Average combined Class III Win-Per-Day (slots and tables) of approximately $135 per gaming position

### Figure 4 - NIGC Region Tribal Gaming Totals

Source: NIGC

| Period | Tulsa Region | | | Oklahoma City Region | | | US Total |
|--------|------------|------------------------|------|------------|------------------------|------|----------|
| | Properties | Total GGR (millions) | Δ% | Properties | Total GGR (millions) | Δ% | |
| 2011 | 64 | $1,889.7 | 6.8% | 51 | $1,702.4 | 7.6% | $27,153.8 |
| 2012 | 64 | $2,014.9 | 6.6% | 53 | $1,801.0 | 5.8% | $27,900.0 |
| 2013 | 68 | $2,033.8 | 0.9% | 60 | $1,866.6 | 3.6% | $28,031.6 |
| 2014 | 67 | $2,071.1 | 1.8% | 65 | $2,007.3 | 7.5% | $28,459.3 |
| 2015 | 68 | $2,206.5 | 6.5% | 65 | $2,141.6 | 6.7% | $29,881.7 |
| 2016 | 69 | $2,295.2 | 4.0% | 66 | $2,264.7 | 5.7% | $31,195.5 |
| 2017 | 72 | $2,391.3 | 4.2% | 69 | $2,311.6 | 2.1% | $32,403.9 |
| 2018 | 73 | $2,466.4 | 3.1% | 72 | $2,479.8 | 7.3% | $33,719.6 |

### Figure 5 - Oklahoma Electronic Games Total

Source: Oklahoma Gaming Compliance Unit FY 2018 Report





Pro Forma
Advisors LLC

Projections

## Demand Analysis

The market was modeled using Pro Forma Advisors' proprietary Market Demand Gravity Model.  The steps involved in this modeling process include:

- Gross GGR demand is estimated for each casino in the market at the individual census block group level for all block groups in Oklahoma and nearby areas of the surrounding states, based on Attraction (e.g. quality and scale of facility), travel time, block-group demographics, and potential casino Yield (win per visit based on quality of casino/amenities).

- Substitution impacts are modeled by block group for each competing facility.

- Market share calculations are carried out for each facility, in order to estimate GGR net of substitution / competition.

**Population Drive Time Comparison**

The single most important driver of a casino facility's potential market demand is the availability of market population within a reasonable travel distance.

As illustrated on the chart opposite, the one-hour market for Apache Wye includes approximately 250,000 people.  As such, the effective local market is smaller than those of the surrounding competition, with the exception of Kiowa Carnegie. Note also that the one-hour markets for Kiowa Verden and SaltCreek are the largest due to proximity to the OKC market.

**Figure 6** - **Competitive Summary of Population by Travel Time**





Pro Forma
Advisors LLC



Projections

**Market Saturation Benchmarks**

Given the dynamics of natural demand and highly regulated supply, many gaming markets would be expected to have significant latent demand.  The Gross Market Potential Analysis illustrates whether the market is near saturation (i.e. minimal net new revenue expected vs. demand substitution between casinos) or if the market is likely to grow with the addition of new casinos.

Prior to detailed market modeling, Gross Market Potential can be framed by using benchmarks of comparable markets with various supply topographies.  As of 2019, average per capita gaming revenue in these selected markets ranged from $86 in New York City, to $680 in the Las Vegas, NV area (non-strip / resident-market only).  As a percentage of aggregate regional income, gaming revenues ranged from 0.3% to 2.7%.

Including data we have reviewed for non-reporting jurisdictions, maximum gaming revenue per capita in excess of $900 has been observed, with gaming revenue to income ratio in the 4 to 5 percent range.

Of these major markets, the Las Vegas locals market has nearly ubiquitous gaming and Per Capita GGR of over $650.  Prior to the economic recession starting in 2008, GGR per capita in the Las Vegas locals market exceeded the $900 range.  (After the COVID-19 closures in April-May 2020, annualized June GGR per capita returned to approximately $375.)

Markets such as Iowa, Kansas City, St. Louis and Albuquerque have broad distribution of facilities and are generally sized at

market levels. Per Capita GGR for these markets is in the $350 - $530 range.  These markets are considered the most relevant benchmark for reasonable levels of market-wide saturation outside of a truly ubiquitous gaming environment such as Nevada.

**Figure 7 - Clark County NV Resident GGR per Capita Trend**



Note: Excludes tourist oriented gaming facilities on the Las Vegas Strip.





Projections

**Figure 8** - **Regional Gaming Market (2019)**

| Market | Population (millions) | Aggregate Income (billions) | Casino GGR (millions) | GGR Per Capita | GGR % of Income | Topography |
|---|---|---|---|---|---|---|
| Las Vegas (Clark County) Off-Strip | 2.22 | $55,952.4 | $1,511.3 | $680 | 2.7% | Ubiquitous gaming |
| Albuquerque | 0.92 | $22,390.1 | $487.9 | $530 | 2.18% | North, south, and west, small MSA |
| New Orleans, LA | 1.3 | $31,759.2 | $674.6 | $520 | 2.12% | Tourism-oriented |
| Iowa | 3.18 | $77,654.7 | $1,467.5 | $462 | 1.89% | Well-distributed locations |
| St. Louis | 2.85 | $76,928.5 | $1,020.1 | $358 | 1.33% | Moderately clustered, water-based |
| Kansas City | 2.17 | $60,052.2 | $754.2 | $348 | 1.26% | Moderately clustered, water-based |
| Detroit | 4.3 | $127,477.7 | $1,454.3 | $338 | 1.14% | All downtown |
| Indiana | 6.73 | $156,638.9 | $2205.7 | $328 | 1.41% | Largely Chicago area and Ohio River corridor |
| Rochester, NY | 1.06 | $27,256.2 | $319.4 | $301 | 1.17% | Three casinos, each 1/2-hour+ from downtown |
| Missouri | 6.15 | $145,850.3 | $1,729.5 | $281 | 1.19% | Largely Kansas City and St. Louis |
| Cleveland, OH | 2.05 | $53,171.8 | $608.2 | $297 | 1.14% | Maturing market with three properties |
| Arizona (Tribal / Statewide) | 7.14 | $171,109.3 | $2,009.9 | $282 | 1.17% | Location and unit-count limitations |
| Pittsburgh, PA | 2.35 | $62,733.4 | $615.3 | $262 | 0.98% | One casino downtown, one casino 1/2-hour south |
| Philadelphia MSA | 6.15 | $177,547.6 | $1,482.3 | $241 | 0.83% | Five casinos, largely inner-urban areas |
| Phoenix, AZ (Tribal / Estimated) | 4.85 | $122,082.2 | $1,170.6 | $241 | 0.96% | Location and unit-count limitations |
| Illinois Statewide (Riverboat + VGT) | 12.92 | $346,090.1 | $3,030.9 | $235 | 0.88% | Riverboat + VGT revenue |
| Cincinnati, OH | 2.21 | $58,685.6 | $473.3 | $214 | 0.81% | Three properties |
| Columbus, OH | 2.04 | $54,180.4 | $412.6 | $202 | 0.76% | Two properties |
| Chicagoland (IL/IN) | 9.65 | $270,142.9 | $1,927.9 | $200 | 0.71% | No downtown, north suburb |
| Baltimore MD / Washington DC | 9.29 | $333,596.5 | $1,545.8 | $166 | 0.46% | Three MD casinos (two Baltimore, one near DC) |
| Ohio | 11.67 | $283,706.2 | $1,941.5 | $166 | 0.68% | Industry launched in 2012 |
| New York, NY | 20.01 | $605,787.6 | $1,720.8 | $86 | 0.28% | One casino each in Queens, Long Island and Yonkers |



Pro Forma
Advisors LLC

## Gaming Revenue Potential

The key revenue projection for the Project will be Gross Gaming Revenues (GGR) that can be expected based on the available markets, competition, and target penetration rates based on comparable market performance.  Pro Forma Advisors uses a market demand model that is a summation of demand from four distinct markets. These markets, in order of importance, are:

- Resident Market – Gaming demand from residents generally up to a two hour drive time from the casino site
    - ☑ Resident population from Project measured by time
- Resort Overnight Market – Guests staying at potential casino resort accommodations
    - ☑ N/A - No hotel is currently contemplated
- Highway Intercept Market – Market penetration of long-haul highway traffic
    - ☑ N/A - Location is not near a major interstate
- Localized Tourist Market – Tourists staying overnight within a reasonable distance from the casino.
    - ☑ N/A - Tourism markets not a significant factor.

**Resident Market (Daytrip) Gaming Demand**

Pro Forma Advisors has modeled the resident market gaming demand using the Market Demand Gravity Model, which is described in a detailed Appendix. The Market Demand Gravity Model steps consist of:

1. Gross GGR Demand by market census tract based on **Attraction** (e.g. quality and scale of facility), travel time, tract demographics and potential casino **Yield** (win per visitors

based on quality of casino/amenities) for each casino in the market.

2. Substitution impacts for each census tract between competing casino facilities to estimate Net GGR Demand.

3. Market share calculations for Net GGR Demand for each census tract for each competing facility

A Project-specific Market Demand Gravity Model has been developed to illustrate the Project's market dynamics with all population sources, travel access, and  gaming facilities. The Project-specific model inputs for **Attraction** are derived by calibrating the outputs to known or estimated GGR values for each of the competitive facilities.  The **Attraction** and **Yield** variables are then compared to other market benchmarks to ensure that inputs are within consistent propensities.

**Figure 9 - Gravity Illustration - Theoretical Win by Guest Distance**





Pro Forma
Advisors LLC

**Market Model Calibration**

To calibrate the Market Demand Gravity Model, the current regional properties were first modeled in the current market, based on estimated and actual casino revenues, by calculating drive times to each casino in a market and adjusting the demand functions accordingly.  This allows actual market scales for Attraction and Yield factors for each existing property, as can be empirically matched to current gaming revenue performance around the market.  These variables define how deep in the market the casino pulls, as well as the strength of play relative to expected levels in light of income and age demographics.

The competitive market was calibrated as of 2019, based on the following parameters:

‣ Although only the most relevant competitive properties are listed in the table opposite, the model includes all gaming facilities in Oklahoma.
‣ Estimated competitive GGR levels have been cross-checked against individual known GGR levels as well as aggregate totals for Tribes, NIGC Regions, and State of Oklahoma data.
‣ Adjustments have been made for identified rural vs. urban propensities.

In summary, nearby competitive properties in the market calibrate to an Attraction Factor range of approximately 16 for very small-scale facilities, and over 20 for larger-size facilities.

**Figure 10 - Calibrated Market Demand Gravity Model (2019)**

| Property | Per Capita GGR Max | Attraction Factor | Yield Factor | Estimated GGR (millions) | Positions | Win Per Position |
|---|---|---|---|---|---|---|
| Gold River Casino | $1,216 | 24.0 | 1.0 | $11.2 | 453 | $68 |
| Kiowa Casino - Verden | $1,216 | 15.9 | 1.0 | $4.2 | 100 | $114 |
| Golden Eagle Casino | $1,216 | 17.2 | 1.0 | $5.6 | 238 | $64 |
| Kiowa Casino - Carnegie | $1,216 | 16.6 | 1.0 | $2.2 | 117 | $51 |
| SaltCreek Casino | $1,216 | 21.8 | 1.0 | $17.3 | 627 | $75 |
| Comanche Spur Casino | $1,216 | 14.9 | 1.0 | $10.1 | 180 | $154 |
| Comanche Nation Casino | $1,216 | 27.0 | 1.1 | $38.4 | 850 | $124 |
| **Apache Casino Hotel** | **$1,216** | **28.5** | **1.1** | **$55.4** | **973** | **$156** |

The Client's Apache Casino Hotel calibrates to an Attraction Factor of 28.5, which is considered strong performance given the facility's size.

*Note that, although the table above shows the total 2019 GGR of $55.4 million for the Apache Casino Hotel, the model was calibrated to reflect estimated daytrip GGR.  Based on data provided by the Client, overnight GGR for the Apache Casino Hotel is estimated at approximately $3.2 million, suggesting daytrip GGR in the range of roughly $52.2. million.*





Projections

## Calibration Insights

Based on analysis of multiple US gaming markets, Pro Forma Advisors has identified a relationship between the Market Gravity Model Attraction input and key casino attributes. A facility's machine count explains approximately half of the **Attraction** input variance observed, confirming that other factors - such as quality level, service, value-added marketing, food & beverage options, and/or other amenities - also have significant impact. Variation from the trend is typically based on higher quality environments, amenities and/or marketing and promotions.

## COVID-19 Pandemic

The timing of economic recovery from the COVID-19 pandemic is uncertain, and depends largely on the timing and delivery of an effective vaccine.  For modeling purposes, gaming spend adjustments of -7% and -2% were made for 2020 and 2021, respectively, as a proxy for lost demand growth due to COVID-19.  Inflationary 2% growth is assumed for other projection years.

## Projected Demand

Pro Forma Advisors has modeled Project resident market GGR under an assumption set that illustrates likely market conditions. The following are key assumptions for the projections:

‣ The projected year for the model is 2024, for which the most recent resident market population projections are available.
‣ The modeled projections provide a framework to illustrate the fundamental economics of the alternative sites.

‣ The Project contemplates a small-scale casino facility with about 75 machines.  The **Attraction** variable for this concept is expected to fall in the range of approximately **15.0**.
‣ The projections assume that no other competitive facilities or major expansions occur within the regional market.
‣ Projected GGR for the Project is illustrated in the table below.

**Illustrative Attraction Variable Scale**

*Selected Comparable Properties*



**Figure 11 - GGR Demand Projection (2024)**

| Estimated Demand | Per Capita GGR Max | Attraction Factor | Yield Factor | Scenario GGR | Slots | Daily Win per Machine |
|---|---|---|---|---|---|---|
| Apache Wye | $1,226 | 15.0 | 0.9 | **$2.0** | 75 | $72 |



Pro Forma
Advisors LLC



Projections

## Planning Factors

**Casino Sizing**

While there is a great deal of variability in casino layouts and density, general ratios of allocated casino floor size to gaming positions provide a reasonable planning range. For comparable casino properties in the region, allocated casino floor space ranges from under 25 square feet per position to over 75 square feet per position. (In general, the casino floor space only includes areas where gaming is occurring, and excludes back of house as well as casino amenities such as restaurants and lounges adjacent to the floor.)

Although ratios depend on the density of slot layouts, aisle space, and circulation areas, a trend in super-regional casinos has been to provide a roomier feel. Additional space helps alleviate congestion in the Friday to Sunday peak demand cycle, and allows room for potential future gaming unit expansion.

### Selected Casino Floor Sizing Ratios

| Property | Gaming Positions* | Casino Floor SF per Position | | Casino Floor SF | |
|---|---|---|---|---|---|
| | | Low | High | Low | High |
| Apache Wye | 75 | 27.5 | 32.5 | 2,100 | 2,400 |

* Excluding Poker and Bingo.  Source: Casino City; Pro Forma Advisors

As illustrated in the table opposite, a **casino floor target of** approximately **2,250 square feet** appears appropriate in light of the envisioned range of gaming position inventory.

### Selected Casino Floor Sizing Ratios

| Property | Slots | Tables | Gaming Positions* | Casino SF | Casino Floor Per Position |
|---|---|---|---|---|---|
| Winstar World | 7,495 | 99 | 8,089 | 616,960 | 76.3 |
| Seneca Buffalo Creek | 800 | 18 | 908 | 67,000 | 73.8 |
| Riverwind Casino OK | 2,795 | 30 | 2,975 | 219,000 | 73.6 |
| Resorts World NYC | 4,750 | - | 4,750 | 330,000 | 69.5 |
| Pearl River Resort | 2,427 | 69 | 2,841 | 160,000 | 56.3 |
| Harrah's New Orleans | 1,560 | 125 | 2,310 | 125,119 | 54.2 |
| Mohegan Sun | 5,150 | 227 | 6,512 | 350,000 | 53.7 |
| Turning Stone | 1,815 | 90 | 2,355 | 125,000 | 53.1 |
| Foxwoods | 4,540 | 343 | 6,598 | 344,000 | 52.1 |
| Hard Rock Tulsa | 2,336 | 34 | 2,540 | 125,000 | 49.2 |
| Caesars Company-Wide | | | 21,770 | 1,038,600 | 47.7 |
| Hard Rock Hollywood FL | 2,100 | 168 | 3,108 | 140,000 | 45.0 |
| Morongo Casino Resort | 3,000 | 76 | 3,456 | 148,000 | 42.8 |
| Harrah's Cherokee | 3,305 | 160 | 4,265 | 176,800 | 41.5 |
| Harrah's Ak-Chin | 1,089 | 24 | 1,233 | 48,800 | 39.6 |
| Hard Rock Tampa | 4,000 | 150 | 4,900 | 177,450 | 36.2 |
| Coushatta Resort | 2,800 | 70 | 3,220 | 107,600 | 33.4 |
| Seneca Niagara | 4,500 | 100 | 5,100 | 147,000 | 29.0 |
| Choctaw Durant | 4,100 | 58 | 4,448 | 120,000 | 27.0 |
| Seneca Allegany | 2,500 | 35 | 2,710 | 68,300 | 25.2 |
| Empire City Yonkers NY | 120,000 | - | 5,222 | 120,000 | 23.0 |
| Wind Creek Atmore | 2,500 | - | 2,500 | 57,000 | 22.8 |

* Excluding Poker and Bingo.  Source: Casino City; Pro Forma Advisors

 **Pro Forma** Advisors LLC

 Projections

**Food & Beverage**

There is a strong correlation between gaming revenue, hotel rooms, and food & beverage operations at casino resort destinations. As illustrated below, F&B revenues typically range from about 5% to 15% of GGR, although this can range higher for resort-oriented properties.

### Selected Casino Food & Beverage Ratios

| Year | Property Market | Gaming | Rooms | F&B | F&B % GGR | F&B % Rooms |
|------|-----------------|--------|-------|-----|-----------|-------------|
| CY2016 | Caesars | $2,117 | $923 | $788 | 37.2% | 85.4% |
| CY2013 | Borgata | $616 | $115 | $140 | 22.8% | 121.9% |
| FY2014 | Tribal "A" | $27 | $1 | $5 | 17.5% | 335.7% |
| CY2013 | Penn National | $2,615 | - | $377 | 14.4% | - |
| FY2016 | Isle of Capri | $1,028 | $30 | $132 | 12.9% | 448.8% |
| FY2014 | Tribal "B" | - | - | - | 12.5% | 229.3% |
| FY2014 | Tribal "C" | $183 | $12 | $21 | 11.4% | 169.2% |
| FY2015 | Tribal "D" | $623 | $23 | $59 | 9.5% | 259.5% |
| FY2015 | Tribal "E" | $63 | | $6 | 8.6% | - |
| FY2014 | Tribal "F" | - | - | - | 8.6% | 402.2% |
| FY2017 | Tribal "G" | $123 | - | $10 | 8.1% | - |
| FY2017 | Tribal "H" | $52 | - | $4 | 8.1% | - |
| CY2016 | Mohegan Sun | $891 | $47 | $60 | 6.7% | 128.3% |
| FY2016 | Tribal "I" | $45 | - | $3 | 6.4% | - |
| CY2016 | Tribal "J" | $294 | $12 | $18 | 6.2% | 158.5% |
| FY2015 | Tribal "K" | $13 | | $1 | 6.0% | - |
| FY2016 | Tribal "L" | $73 | $3 | $4 | 5.1% | 133.0% |

Source: Company filings; confidential individual facilities; Pro Forma Advisors

Based on expected GGR levels, limited **F&B revenue** of approximately **$0.1 million** is considered reasonable.

Due to co-location with the C-Store, prepared snacks from the Apache Market can be brought to the casino as required. Accordingly, the Project as envisioned includes a beverage station only, with no additional F&B amenities.

Based on the Project's limited scale as well as the co-location with the complementary C-Store facility at the Apache Market, **no other supporting amenities** (such as retail) are **required**.

| F&B Program Illustration | |
|--------------------------|---|
| GGR (Millions, 2024 $) | $2.0 |
| GGR (Millions, Current $) | $1.9 |
| F&B to GGR Ratio | 5.0% |
| **Implied F&B Revenue (Millions)** | **$.1** |

Source: Pro Forma Advisors


Pro Forma
Advisors LLC

Operating Model

## Pro Forma Financial Model

A ten-year operating model was prepared based on the revenue analysis. Key results are summarized in the table below. The full model detail, including assumptions and outputs, are appended to this document. Relative to the top-line revenue projections, the operating model includes ramp-up, inflation, and a detailed expense structure based on internal and external benchmarks.

Detailed assumptions are included in the appended detail sheets. Key assumptions include:

▸ Project is assumed to open as of January 1, 2023.

▸ A phased opening is modeled, with the facility assumed to open with 50 machines, and increase to 75 machines in Year 3.

▸ It is assumed that the facilities will include generally strong levels of quality and finishing (given the inherent limitations of convenience-oriented gaming product), and overall site attractiveness.

▸ Annual inflation of 2.0% is assumed.

▸ Ramp-up is assumed to occur in the first year of operations, with project stabilization in the third year (2025 - after expansion to 75 machines).

▸ An ongoing capital reserve of approximately 2% of revenue is assumed.

▸ EBITDA and Net Cash Flow as modeled are prior to any distribution payments to the Tribe.

The cash flow analysis suggests **stabilized-year EBITDA** potential in the range of about **$1 million**.

| EBITDA Summary (Millions) | Total Revenue (2025 $) | Stabilized EBITDA Margin | Stabilized EBITDA |
|---|---|---|---|
| **Apache Wye** | $2.1 | 48.6% | **$1.0** |

### Development Budget Assumptions

Based on preliminary development budget information provided by the Client, a total development budget of about **$2.3 million** is expected ($1.5 million in construction + $0.8 million for Class III slots) - or approximately $500 per sf of construction. For modeling purposes, a two-year construction cycle is assumed.

### Investment Summary

Based on the Project's expected EBITDA potential and assumed development budget as outlined above, the analysis suggests a Project internal rate of return (**IRR**) of about **33%**.

Based on these findings, the **Project** is considered a **highly attractive investment.** However, given the limited scale of the available market, it will be important to **control development costs** closely and avoid over-spending.





## Appendix (Financial Modeling Detail)



**Pro Forma Financial Model**

Project: **Apache Wye Gaming**

PFAID: **11-166B**

Version: **Final**



Title: **General Assumptions**
Project: **Apache Wye Gaming**
PFAID: **11-166B**
Version: **Final**

| | |
|---|---|
| Model Start Year | 1/1/21 |
| 50-Slot Casino | 1/1/23 |
| Increase to 75 Machines | 1/1/25 |
| Inflation | |
| General Inflation | 2.0% |



Title: **Supportable Investment**
Project: **Apache Wye Gaming**
PFAID: **11-166B**
Version: **Final**

| | 2022 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Modeled Net Cash Flow** | | | 586 | 724 | 992 | 1,020 | 1,048 | 1,077 | 1,107 | 1,138 | 1,170 | 1,203 | |
| **Assumed Development Cost (2-Year Cycle)** | (1,161) | (1,161) | | | | | | | | | | | |
| **Phase II Expansion** | | | (452) | | | | | | | | | | |
| ***Terminal Year Value*** | | | | | | | | | | | | | *12,029* |
| Assumed Terminal Value Cap Rate | 10.0% | | | | | | | | | | | | |
| **IRR Cash Flow** | (1,161) | (1,161) | 134 | 724 | 992 | 1,020 | 1,048 | 1,077 | 1,107 | 1,138 | 1,170 | 1,203 | 12,029 |
| | | | | | | | | | | | | | |
| **Implied Project IRR** | **32.6%** | | | | | | | | | | | | |



Title: **Operations Summary**
Project: **Apache Wye Gaming**
PFAID: **11-166B**
Version: **Final**

| | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Operations Revenue** | | | | | | | | | | |
| *Gross Casino Operations* | *1,313* | *1,500* | *2,056* | *2,114* | *2,173* | *2,233* | *2,296* | *2,360* | *2,426* | *2,493* |
| *Promotional Allowances* | *(21)* | *(22)* | *(31)* | *(31)* | *(32)* | *(33)* | *(34)* | *(35)* | *(36)* | *(37)* |
| Net Casino Operations | 1,293 | 1,478 | 2,026 | 2,082 | 2,140 | 2,200 | 2,262 | 2,325 | 2,390 | 2,456 |
| F&B | 65 | 74 | 102 | 105 | 108 | 111 | 114 | 117 | 120 | 123 |
| **Subtotal** | **1,358** | **1,552** | **2,127** | **2,187** | **2,248** | **2,311** | **2,375** | **2,442** | **2,510** | **2,580** |
| **Operating Profit** | | | | | | | | | | |
| Casino Operations | 1,084 | 1,246 | 1,708 | 1,756 | 1,805 | 1,855 | 1,907 | 1,960 | 2,015 | 2,071 |
| F&B Operations | (23) | (26) | (36) | (37) | (38) | (39) | (40) | (41) | (42) | (43) |
| **Subtotal** | **1,061** | **1,220** | **1,672** | **1,719** | **1,767** | **1,816** | **1,867** | **1,919** | **1,973** | **2,028** |
| *Operating Margin* | *78.2%* | *78.6%* | *78.6%* | *78.6%* | *78.6%* | *78.6%* | *78.6%* | *78.6%* | *78.6%* | *78.6%* |
| **S, G, & A** | **448** | **466** | **638** | **656** | **674** | **693** | **713** | **732** | **753** | **774** |
| **Gross Operating Income** | **613** | **755** | **1,034** | **1,063** | **1,093** | **1,123** | **1,155** | **1,187** | **1,220** | **1,254** |
| *EBITDAM Margin* | *45.2%* | *48.6%* | *48.6%* | *48.6%* | *48.6%* | *48.6%* | *48.6%* | *48.6%* | *48.6%* | *48.6%* |
| | | | | | | | | | | |
| Capital Reserve Fund | 27 | 31 | 42 | 43 | 45 | 46 | 47 | 48 | 50 | 51 |
| Casino Operations | 26 | 30 | 41 | 42 | 43 | 44 | 45 | 47 | 48 | 49 |
| F&B Operations | 1 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| **Subtotal** | **27** | **31** | **42** | **43** | **45** | **46** | **47** | **48** | **50** | **51** |
| **Net Cash Flow** | **586** | **724** | **992** | **1,020** | **1,048** | **1,077** | **1,107** | **1,138** | **1,170** | **1,203** |


Pro Forma
Advisors LLC

Title: **Sale, General & Administrative Assumptions**

Project: **Apache Wye Gaming**

PFAID: **11-166B**

Version: **Final**

| | 50-Slot Casino | Increase to 75 Machines | |
|---|---|---|---|
| **Inflation Calculation & Adjustments** | | | |
| Variable Cost Adjustment | | | |
| | | | |
| *Statistics* | | | |
| *Gross Gaming Revenue* | | | |
| *Net Casino Revenue* | | | |
| *F&B Revenue* | | | |
| **Gross Operating Revenue** | | | |
| **Expenses** | | | |
| General & Administrative | 12.5% | 12.5% | of net revenues |
| *Management* | *2.0%* | *2.0%* | |
| *Cage/Count* | *5.0%* | *5.0%* | |
| *Security* | *2.0%* | *2.0%* | |
| *Adminstration* | *0.5%* | *0.5%* | |
| *Other* | *3.0%* | *3.0%* | |
| | | | |
| Marketing/Guest Service | 9.0% | 9.0% | of net revenues |
| *Staff* | *2.0%* | *2.0%* | |
| *Advertising* | *3.0%* | *3.0%* | |
| *Promotions* | *3.0%* | *3.0%* | |
| *Other* | *1.0%* | *1.0%* | |
| | | | |
| Facilities/Maintenance | 5.5% | 5.5% | of net revenues |
| *Utilities* | *1.5%* | *1.5%* | |
| *Maintenance* | *2.0%* | *2.0%* | |
| *Housekeeping* | *2.0%* | *2.0%* | |
| Other | 3.0% | 3.0% | of net revenues |
| Total | 30.0% | 30.0% | |



Pro Forma
Advisors LLC

Confidential & Proprietary

Title: **Sale, General & Administrative Assumptions**
Project: **Apache Wye Gaming**
PFAID: **11-166B**
Version: **Final**

| | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Inflation Calculation & Adjustments** | | | | | | | | | | |
| Variable Cost Adjustment | 1.100 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 |
| | | | | | | | | | | |
| *Statistics* | | | | | | | | | | |
| *Gross Gaming Revenue* | *$1.3* | *$1.5* | *$2.0* | *$2.1* | *$2.2* | *$2.2* | *$2.3* | *$2.3* | *$2.4* | *$2.5* |
| *Net Casino Revenue* | *$1.3* | *$1.5* | *$2.0* | *$2.1* | *$2.1* | *$2.2* | *$2.3* | *$2.3* | *$2.4* | *$2.5* |
| *F&B Revenue* | *$0.1* | *$0.1* | *$0.1* | *$0.1* | *$0.1* | *$0.1* | *$0.1* | *$0.1* | *$0.1* | *$0.1* |
| **Gross Operating Revenue** | **1.4** | **1.6** | **2.1** | **2.2** | **2.2** | **2.3** | **2.4** | **2.4** | **2.5** | **2.6** |
| **Expenses** | | | | | | | | | | |
| General & Administrative | 186.7 | 194.0 | 265.9 | 273.4 | 281.0 | 288.8 | 296.9 | 305.2 | 313.7 | 322.5 |
| *Management* | *29.9* | *31.0* | *42.5* | *43.7* | *45.0* | *46.2* | *47.5* | *48.8* | *50.2* | *51.6* |
| *Cage/Count* | *74.7* | *77.6* | *106.4* | *109.3* | *112.4* | *115.5* | *118.8* | *122.1* | *125.5* | *129.0* |
| *Security* | *29.9* | *31.0* | *42.5* | *43.7* | *45.0* | *46.2* | *47.5* | *48.8* | *50.2* | *51.6* |
| *Administration* | *7.5* | *7.8* | *10.6* | *10.9* | *11.2* | *11.6* | *11.9* | *12.2* | *12.5* | *12.9* |
| *Other* | *44.8* | *46.6* | *63.8* | *65.6* | *67.4* | *69.3* | *71.3* | *73.2* | *75.3* | *77.4* |
| | | | | | | | | | | |
| Marketing/Guest Service | 134.4 | 139.7 | 191.5 | 196.8 | 202.3 | 208.0 | 213.8 | 219.7 | 225.9 | 232.2 |
| *Staff* | *29.9* | *31.0* | *42.5* | *43.7* | *45.0* | *46.2* | *47.5* | *48.8* | *50.2* | *51.6* |
| *Advertising* | *44.8* | *46.6* | *63.8* | *65.6* | *67.4* | *69.3* | *71.3* | *73.2* | *75.3* | *77.4* |
| *Promotions* | *44.8* | *46.6* | *63.8* | *65.6* | *67.4* | *69.3* | *71.3* | *73.2* | *75.3* | *77.4* |
| *Other* | *14.9* | *15.5* | *21.3* | *21.9* | *22.5* | *23.1* | *23.8* | *24.4* | *25.1* | *25.8* |
| | | | | | | | | | | |
| Facilities/Maintenance | 82.1 | 85.4 | 117.0 | 120.3 | 123.6 | 127.1 | 130.6 | 134.3 | 138.0 | 141.9 |
| *Utilities* | *22.4* | *23.3* | *31.9* | *32.8* | *33.7* | *34.7* | *35.6* | *36.6* | *37.6* | *38.7* |
| *Maintenance* | *29.9* | *31.0* | *42.5* | *43.7* | *45.0* | *46.2* | *47.5* | *48.8* | *50.2* | *51.6* |
| *Housekeeping* | *29.9* | *31.0* | *42.5* | *43.7* | *45.0* | *46.2* | *47.5* | *48.8* | *50.2* | *51.6* |
| Other | 44.8 | 46.6 | 63.8 | 65.6 | 67.4 | 69.3 | 71.3 | 73.2 | 75.3 | 77.4 |
| Total | **448.0** | **465.7** | **638.2** | **656.0** | **674.4** | **693.2** | **712.6** | **732.5** | **752.9** | **773.9** |
| | *33.0%* | *30.0%* | *30.0%* | *30.0%* | *30.0%* | *30.0%* | *30.0%* | *30.0%* | *30.0%* | *30.0%* |


Pro Forma
Advisors LLC

Title: **Casino Revenue Worksheet**

Project: **Apache Wye Gaming**

PFAID: **11-166B**

Version: **Final**

| | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Inflation Calculation & Adjustments** | | | | | | | | | | |
| General Revenue Inflator | 1.040 | 1.061 | 1.082 | 1.104 | 1.126 | 1.149 | 1.172 | 1.195 | 1.219 | 1.243 |
| Variable Revenue Adjustment | 0.900 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 |
| **Resident Market Gaming** | | | | | | | | | | |
| *Current-Dollar Baseline* | 1.4 | 1.4 | 1.9 | 1.9 | 1.9 | 1.9 | 1.9 | 2.0 | 2.0 | 2.0 |
| *Modeled/Interpolated Values* | 1.4 | 1.5 | 2.0 | 2.1 | 2.2 | 2.2 | 2.3 | 2.3 | 2.4 | 2.5 |
| **Adjusted Gaming Revenues** | **1.3** | **1.5** | **2.0** | **2.1** | **2.2** | **2.2** | **2.3** | **2.3** | **2.4** | **2.5** |
| **Total Gaming Revenue** | **1.3** | **1.5** | **2.0** | **2.1** | **2.2** | **2.2** | **2.3** | **2.3** | **2.4** | **2.5** |



Title: **Casino Assumptions**

Project: **Apache Wye Gaming**

PFAID: **11-166B**

Version: **Final**

| | 50-Slot Casino | Increase to 75 Machines | |
|---|---|---|---|
| **Inflation Calculation & Adjustments** | | | |
| General Revenue Inflator | | | |
| Variable Cost Adjustment | | | |
| *Statistics* | | | |
| *Slots* | | | |
| *Slot WPD (Current dollars)* | | | |
| *Slot WPD* | | | |
| **Revenues** | | | |
| Slots/EGDs | 100.0% | 100.0% | of gross gaming revenue |
| *Class II Share* | *35.0%* | *35.0%* | *of gross gaming revenue* |
| *Class III Share* | *65.0%* | *65.0%* | *of gross gaming revenue* |
| Gross Gaming Revenue | | | |
| *Food & Beverage* | 1.5% | 1.5% | of gross gaming revenue |
| Promotional Allowance | | | |
| Other Non-Gaming (ATM, etc) | 1.0% | 1.0% | of gross gaming revenue |
| Net Casino Revenue | | | |
| | | | |
| **Departmental Expenses** | | | |
| Slot - Payroll/Benefits/Taxes | 5.0% | 5.0% | of departmental revenues |
| Slots - Other | 1.0% | 1.0% | of departmental revenues |
| Class II Machine Leasing | 20.0% | 20.0% | of Class II revenues |
| Class III Revenue Share | | | calculated per sliding scale |
| Subtotal | | | |
| **Gross Operating Profit** | | | |
| **Operating Margin** | | | |
| **Capital Reserve Fund** | 2.0% | 2.0% | of gross operating revenues |



Title: **Casino Operating Statement**
Project: **Apache Wye Gaming**
PFAID: **11-166B**
Version: **Final**

| | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Inflation Calculation & Adjustments** | | | | | | | | | | |
| General Revenue Inflator | 1.040 | 1.061 | 1.082 | 1.104 | 1.126 | 1.149 | 1.172 | 1.195 | 1.219 | 1.243 |
| Variable Cost Adjustment | 1.075 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 |
| *Statistics* | | | | | | | | | | |
| *Slots* | *50* | *50* | *75* | *75* | *75* | *75* | *75* | *75* | *75* | *75* |
| *Slot WPD (Current dollars)* | *$68* | *$77* | *$69* | *$69* | *$70* | *$70* | *$71* | *$71* | *$72* | *$73* |
| *Slot WPD* | *$71* | *$81* | *$74* | *$76* | *$79* | *$81* | *$83* | *$85* | *$88* | *$90* |
| **Revenues** | | | | | | | | | | |
| Slots/EGDs | 1,300.5 | 1,485.3 | 2,035.8 | 2,092.6 | 2,151.1 | 2,211.2 | 2,272.9 | 2,336.4 | 2,401.7 | 2,468.7 |
| *Class II Share* | *455.2* | *519.9* | *712.5* | *732.4* | *752.9* | *773.9* | *795.5* | *817.7* | *840.6* | *864.1* |
| *Class III Share* | *845.3* | *965.5* | *1,323.3* | *1,360.2* | *1,398.2* | *1,437.3* | *1,477.4* | *1,518.7* | *1,561.1* | *1,604.7* |
| Gross Gaming Revenue | 1,300.5 | 1,485.3 | 2,035.8 | 2,092.6 | 2,151.1 | 2,211.2 | 2,272.9 | 2,336.4 | 2,401.7 | 2,468.7 |
| *Food & Beverage* | *21.0* | *22.3* | *30.5* | *31.4* | *32.3* | *33.2* | *34.1* | *35.0* | *36.0* | *37.0* |
| Promotional Allowance | (21.0) | (22.3) | (30.5) | (31.4) | (32.3) | (33.2) | (34.1) | (35.0) | (36.0) | (37.0) |
| Other Non-Gaming (ATM, etc) | 13.0 | 14.9 | 20.4 | 20.9 | 21.5 | 22.1 | 22.7 | 23.4 | 24.0 | 24.7 |
| Net Casino Revenue | 1,292.5 | 1,477.9 | 2,025.6 | 2,082.2 | 2,140.3 | 2,200.1 | 2,261.6 | 2,324.7 | 2,389.6 | 2,456.4 |
| | | | | | | | | | | |
| **Departmental Expenses** | | | | | | | | | | |
| Slot - Payroll/Benefits/Taxes | 69.9 | 74.3 | 101.8 | 104.6 | 107.6 | 110.6 | 113.6 | 116.8 | 120.1 | 123.4 |
| Slots - Other | 14.0 | 14.9 | 20.4 | 20.9 | 21.5 | 22.1 | 22.7 | 23.4 | 24.0 | 24.7 |
| Class II Machine Leasing | 91.0 | 104.0 | 142.5 | 146.5 | 150.6 | 154.8 | 159.1 | 163.5 | 168.1 | 172.8 |
| Class III Revenue Share | 33.8 | 38.6 | 52.9 | 54.4 | 55.9 | 57.5 | 59.1 | 60.7 | 62.4 | 64.2 |
| Subtotal | 208.7 | 231.7 | 317.6 | 326.5 | 335.6 | 344.9 | 354.6 | 364.5 | 374.7 | 385.1 |
| **Gross Operating Profit** | 1,083.8 | 1,246.2 | 1,708.0 | 1,755.7 | 1,804.8 | 1,855.2 | 1,907.0 | 1,960.2 | 2,015.0 | 2,071.3 |
| **Operating Margin** | 83.9% | 84.3% | 84.3% | 84.3% | 84.3% | 84.3% | 84.3% | 84.3% | 84.3% | 84.3% |
| **Capital Reserve Fund** | 26.0 | 29.7 | 40.7 | 41.9 | 43.0 | 44.2 | 45.5 | 46.7 | 48.0 | 49.4 |



Title: **F&B Assumptions**

Project: **Apache Wye Gaming**

PFAID: **11-166B**

Version: **Final**

| | 50-Slot Casino | Increase to 75 Machines | |
|---|---|---|---|
| **Inflation Calculation & Adjustments** | | | |
| General Revenue Inflator | | | |
| Variable Revenue Adjustment | | | |
| General Cost Inflator | | | |
| Variable Cost Adjustment | | | |
| **Casino GGR** | | | |
| *Comps* | | | |
| *Food & Beverage* | | | |
| *Comp as % of Revenue* | | | |
| **Revenues** | | | |
| Food | 5.0% | 5.0% | of gross gaming revenue |
| Subtotal | | | |
| **Cost of Sales** | | | |
| Food | 55.0% | 55.0% | of departmental revenues |
| Subtotal | | | |
| **Departmental Expenses** | | | |
| Payroll-Food & Beverage | 60.0% | 60.0% | of departmental revenues |
| Other - Food & Beverage | 20.0% | 20.0% | of departmental revenues |
| Subtotal | | | |
| **Operating Profit** | | | |
| *Operating Margin* | | | |
| **Capital Reserve Fund** | 1.5% | 1.5% | of gross operating revenues |



Title: **F&B Operating Statement**
Project: **Apache Wye Gaming**
PFAID: **11-166B**
Version: **Final**

| | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Inflation Calculation & Adjustments** | | | | | | | | | | |
| General Revenue Inflator | 1.040 | 1.061 | 1.082 | 1.104 | 1.126 | 1.149 | 1.172 | 1.195 | 1.219 | 1.243 |
| Variable Revenue Adjustment | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 |
| General Cost Inflator | 1.040 | 1.061 | 1.082 | 1.104 | 1.126 | 1.149 | 1.172 | 1.195 | 1.219 | 1.243 |
| Variable Cost Adjustment | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 |
| **Casino GGR** | $1.3 | $1.5 | $2.0 | $2.1 | $2.2 | $2.2 | $2.3 | $2.3 | $2.4 | $2.5 |
| *Comps* | | | | | | | | | | |
| *Food & Beverage* | *21.0* | *22.3* | *30.5* | *31.4* | *32.3* | *33.2* | *34.1* | *35.0* | *36.0* | *37.0* |
| *Comp as % of Revenue* | *32%* | *30%* | *30%* | *30%* | *30%* | *30%* | *30%* | *30%* | *30%* | *30%* |
| **Revenues** | | | | | | | | | | |
| Food | 65.0 | 74.3 | 101.8 | 104.6 | 107.6 | 110.6 | 113.6 | 116.8 | 120.1 | 123.4 |
| Subtotal | 65.0 | 74.3 | 101.8 | 104.6 | 107.6 | 110.6 | 113.6 | 116.8 | 120.1 | 123.4 |
| **Cost of Sales** | | | | | | | | | | |
| Food | 35.8 | 40.8 | 56.0 | 57.5 | 59.2 | 60.8 | 62.5 | 64.3 | 66.0 | 67.9 |
| Subtotal | 35.8 | 40.8 | 56.0 | 57.5 | 59.2 | 60.8 | 62.5 | 64.3 | 66.0 | 67.9 |
| **Departmental Expenses** | | | | | | | | | | |
| Payroll-Food & Beverage | 39.0 | 44.6 | 61.1 | 62.8 | 64.5 | 66.3 | 68.2 | 70.1 | 72.0 | 74.1 |
| Other - Food & Beverage | 13.0 | 14.9 | 20.4 | 20.9 | 21.5 | 22.1 | 22.7 | 23.4 | 24.0 | 24.7 |
| Subtotal | 52.0 | 59.4 | 81.4 | 83.7 | 86.0 | 88.4 | 90.9 | 93.5 | 96.1 | 98.7 |
| **Operating Profit** | (22.8) | (26.0) | (35.6) | (36.6) | (37.6) | (38.7) | (39.8) | (40.9) | (42.0) | (43.2) |
| *Operating Margin* | *(35.0%)* | *(35.0%)* | *(35.0%)* | *(35.0%)* | *(35.0%)* | *(35.0%)* | *(35.0%)* | *(35.0%)* | *(35.0%)* | *(35.0%)* |
| **Capital Reserve Fund** | 1.0 | 1.1 | 1.5 | 1.6 | 1.6 | 1.7 | 1.7 | 1.8 | 1.8 | 1.9 |



Title: **Illustrative Development Budget**
Project: **Apache Wye Gaming**
PFAID: **11-166B**
Version: **Final**

| Uses *(in millions)* | 50-Slot Casino | | | Increase to 75 Machines | | |
|---|---|---|---|---|---|---|
| | Sq Ft | Unit Cost | Est Cost | Sq Ft | Unit Cost | Est Cost |
| **Development Costs** | | | | | | |
| Facility Construction | 3,040 | $325 per sq ft | $1.0 | 0 | $325 per sq ft | - |
| Parking (Surface/Gravel) | 21,000 | $5 per sq ft | $0.11 | 9,188 | $5 per sq ft | $0.05 |
| FF&E -Class III Slots | 33 | $25,000 per slot | $0.8 | 16 | $25,000 per slot | $0.4 |
| FF&E | | 11% of construction | $0.1 | | 11% of construction | - |
| Soft Costs, Fees, Pre-Opening | | 10% of construction | $0.1 | | 10% of construction | - |
| Contingency | | 10% of construction | $0.1 | | 10% of construction | - |
| Site Improvements | | Allocation | $0.1 | | Allocation | - |
| **Total - Development Costs** | | | **$2.3** | | | **$0.5** |


Pro Forma
Advisors LLC

Confidential & Proprietary

Title: **Illustrative Program Worksheet**
Project: **Apache Wye Gaming**
PFAID: **11-166B**
Version: **Final**

| Year Open | 50-Slot Casino 2023 | | Increase to 75 Machines 2025 | |
|---|---|---|---|---|

| Casino Program | Phase 1 | | Phase 2 | | Comment |
|---|---|---|---|---|---|
| **Units In Phase** | | | | | |
| Slots | 50 | | 25 | | |
| Total Slots | *50* | | *75* | | |
| *Total Positions* | *50* | | *75* | | |
| **Casino Floor Program** *(ft²)* | | | | | |
| Slots | 2,250 | *45* | 0 | *0* | ft² per slot inc cir |
| Other | | | | | |
| Total | 2,250 | *45.0* | 0 | *0.0* | ft² per position |
| Slots | 2,250 | *45* | 2,250 | *30* | |
| Total | 2,250 | *45* | 2,250 | *30* | |
| **Casino BOH** *(ft²)* | | | | | |
| Guest Operations *(Cages, Promotions, Rest Rooms)* | 440 | *20%* | - | *40%* | |
| Administration *(Security, Executive, Other)* | 270 | *12%* | - | *80%* | |
| Mechanical | 80 | | | | |
| Receiving & Storage | - | *0%* | - | *20%* | |
| BOH  Subtotal | 790 | *35%* | - | *#DIV/0!* | % of casino floor |
| Phase Subtotal - Casino Program | 3,040 | | 0 | | |
| Project Total - Casino Program | 3,040 | | - | | |



| Parking Program | 50-Slot Casino | | Increase to 75 Machines | | Comment |
|---|---|---|---|---|---|
| Space Requirements | | | | | |
| Casino | 53 | 1.05 | 26 | 1.05 | per position |
| Employee | 8 | 0.15 | 0 | 0.00 | per position |
| Phase Subtotal Spaces | 60 | | 26 | | |
| Project Total Spaces | 60 | | 86 | | |
| | | | | | |
| Gross Area per Space (ft²) | 350 | | 350 | | |
| | | | | | |
| Phase Subtotal - Parking Area (ft²) | 21,000 | | 9,188 | | |
| | - | | - | | |
| Project Total - Parking Area (ft²) | 21,000 | | 30,188 | | |

| Summary of Program | 50-Slot Casino | Increase to 75 Machines | Comment |
|---|---|---|---|
| Phase | | | |
| | Size (ft²) | Size (ft²) | |
| Element | | | |
| Casino Program | 3,040 | 0 | |
| Food & Beverage | 0 | 0 | |
| | | | |
| Phase Subtotal - Summary of Program | 3,040 | 0 | |
| Parking | 21,000 | 9,188 | |
| Total | | | |
| | Size (ft²) | Size (ft²) | |
| Element | | | |
| Casino Program | 3,040 | 3,040 | |
| Food & Beverage | 0 | 0 | |
| | | | |
| Project Total - Summary of Program | 3,040 | 3,040 | |
| Parking | 21,000 | 9,188 | |



Pro Forma
Advisors LLC

Confidential & Proprietary