UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **KIOWA TRIBE et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. CIV-22-425-G |
| | ) | |
| **UNITED STATES DEPARTMENT** | ) | |
| **OF THE INTERIOR et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Now before the Court is an Entry of Appearance (Doc. No. 19) filed by counsel for the FSA Defendants. Pursuant to this Court's Local Civil Rules, each attorney appearing in a civil case must enter his or her own appearance by signing and filing the prescribed form. The FSA Defendants' filing attempts to enter an appearance for four attorneys and fails to include the required certification and statement. *See* LCvR 83.4.

Accordingly, the Entry of Appearance (Doc. No. 19) is STRICKEN. Counsel for the FSA Defendants may individually file new entries of appearance in conformance with Rule 83.4.

IT IS SO ORDERED this 31st day of May, 2022.

_____
CHARLES B. GOODWIN
United States District Judge