# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **KIOWA TRIBE et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case No. CIV-22-425-G |
| ) | |
| **UNITED STATES DEPARTMENT** ) | |
| **OF THE INTERIOR et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

Upon review of the record, the Court GRANTS the Motion for Admission Pro Hac Vice (Doc. No. 10) filed on May 27, 2022, in support of the Request for Admission Pro Hac Vice signed by Attorney Amy Weisgram, and hereby PERMITS Attorney Weisgram to appear as counsel of record in this matter for Plaintiffs.[1]

On or before June 14, 2022, Attorney Weisgram shall electronically file an entry of appearance on the form prescribed by the Clerk of Court. *See* LCvR 83.2(g), 83.4. Attorney Weisgram is ADVISED that failure to comply with this requirement by June 14, 2022, will result in vacatur of this Order and denial of both the Motion for Admission Pro Hac Vice filed on Attorney Weisgram's behalf and the Request for Admission Pro Hac Vice.

---

1 The docket reflects that the required fee of $50.00 has been paid. *See* LCvR 83.2(g).

IT IS SO ORDERED this 31st day of May, 2022.

                                                          CHARLES B. GOODWIN
                                                          United States District Judge