# COURTROOM MINUTE SHEET

DATE  05/31/2022

CASE NUMBER  CIV-22-425-G

Kiowa Tribe et al   -vs-  United States Department of the Interior et al

COMMENCED  09:38     ENDED  11:00     TOTAL TIME  1 hr 22 min

PROCEEDINGS  Motion Hearing

JUDGE  CHARLES B. GOODWIN     DEPUTY  JACOB BUCKLE     REPORTER  CASSY KERR

PLF COUNSEL  Forrest Tahdooahnippah, Ryland Rivas, Amy Weisgram

DFT COUNSEL  Cara Rodriguez, Alison Spurlock, Victoria Holland, Phillip Thompson

PROBATION OFFICER

INTERPRETER

WITNESSES FOR PLAINTIFF

1.
2.
3.
4.
5.

WITNESSES FOR DEFENDANT

1.
2.
3.
4.
5.

Hearing held. Order to issue.