UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| KIOWA TRIBE and COMANCHE NATION, | § § § § | |
| Plaintiffs, | § § § | |
| v. | § § | Case No. 5:22-CV-00425-G |
| THE UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, | § § § § § | |
| Defendants. | § § | |

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the Fort Sill Apache Tribe ("FSAT") Defendants, Lori Gooday Ware, Pamela Eagleshield, James Dempsey, Jeanette Mann, Jennifer Heminokeky, Dolly Loretta Buckner, Philip Koszarek, Naomi Hartford, Michael Crump, Lauren Pinola, and Debbie Backer. I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

Dated: June 1, 2022.

Respectfully submitted,

_____
Joshua Wells, OBA #22334
jwells@devollaw.com
Devol and Associates
15205 Traditions Lake Parkway
Edmond, OK 73003
Telephone (405) 225-2300
Facsimile (405) 225-2301

*Attorney for Fort Sill Apache Defendants*

## CERTIFICATE OF SERVICE

I, Joshua D. Wells, certify that on June 1, 2022, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records on file, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

_____