IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **Kiowa Tribe and Comanche Nation,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| v. ) | Case No. CIV-22-425-G |
| ) | |
| **The United States Department of Interior,** ) | |
| *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the Fort Sill Apache Tribe ("FSAT") Defendants, Lori Gooday Ware, Chairwoman, Pamela Eagleshield, Vice-Chairman, James Dempsey, Secretary-Treasurer, Jeanette Mann, Committee Member, Jennifer Heminokeky, Committee Member, Dolly Loretta Buckner, Committee Member, Philip Koszarek, Chairman FSAT Gaming Commission, Naomi Hartford, Vice-Chairman FSAT Gaming Commission, Michael Crump, Commissioner FSAT Gaming Commission, Lauren Pinola, Commissioner, FSAT Gaming Commission, and Debbie Backer, Commissioner, FSAT Gaming Commissioner. I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

Respectfully submitted,

*S/ A. Daniel Woska*
A. Daniel Woska, OBA #2290
dwoska@devollaw.com
Devol and Associates
15205 Traditions Lake Parkway

1

Edmond, OK 73003
Telephone (405) 225-2300
Facsimile (405) 225-2301

*Attorney for Fort Sill Apache Defendants*

# CERTIFICATE OF DELIVERY

I hereby certify that on the 2nd day of June, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Victoria Holland
vholland@devollaw.com

Phillip Thompson
philliptho@icloud.com

Valerie Devol
vdevol@devollaw.com

A. Daniel Woska
dwoska@devollaw.com

Cara Rodriguez
Cara.Rodriguez@usdoj.govv

Alison E. Spurlock
Alison.Spurlock@usdoj.gov.

Forrest Tahdooahnippah
forrest@dorsey.com

Amy Weisgram
weisgram.amy@dorsey.com

Ryland Rivas
ryalnd@rivaslaw.com

*S/ A. Daniel Woska*