## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **Kiowa Tribe and Comanche Nation,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **Case No. CIV-22-425-G** |
| | ) | |
| **The United States Department of Interior,** | ) | |
| ***et al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the Fort Sill Apache Tribe ("FSAT") Defendants, Lori Gooday Ware, Chairwoman, Pamela Eagleshield, Vice-Chairman, James Dempsey, Secretary-Treasurer, Jeanette Mann, Committee Member, Jennifer Heminokeky, Committee Member, Dolly Loretta Buckner, Committee Member, Philip Koszarek, Chairman FSAT Gaming Commission, Naomi Hartford, Vice-Chairman FSAT Gaming Commission, Michael Crump, Commissioner FSAT Gaming Commission, Lauren Pinola, Commissioner, FSAT Gaming Commission, and Debbie Baker, Commissioner, FSAT Gaming Commissioner. I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

Dated: June 3, 2022

Respectfully submitted,


*S/ Valerie R. Devol*
Valerie R. Devol, OBA #19624
vdevol@devollaw.com
DEVOL AND ASSOCIATES
15205 Traditions Lake Parkway
Edmond, OK 73003
Telephone (405) 225-2300
Facsimile (405) 225-2301

**Attorney for Fort Sill Apache Defendants**

## **CERTIFICATE OF SERVICE**

I, Valerie R. Devol, certify that on June 3, 2022, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records on file, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

*S/ Valerie R. Devol*