UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Kiowa Tribe, and Comanche Nation, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>The United States Department of the )<br>Interior; *et. al*, )<br>Defendants. ) | Case No. CIV_22-425-G |

### ENTRY OF SPECIAL APPEARANCE

COMES NOW, Victoria Holland, of Devol and Associates, hereby enters her appearance for the Fort Sill Apache Tribe ("FSA") Defendants, Lori Gooday Ware, Chairwoman, Pamela Eagleshield, Vice-Chairman, James Dempsey, Secretary-Treasurer, Jeanette Mann, Committee Member, Jennifer Heminokeky, Committee Member, Dolly L. Buckner, Committee Member, Philip Koszarek, Chairman FSA Gaming Commission, Naomi Hartford, Vice-Chairman FSA Gaming Commission, Michael Crump, Commissioner FSA Gaming Commission, Lauren Pinola, Commissioner, FSA Gaming Commission, and Debbie Baker, Commissioner, FSA Gaming Commissioner.

Respectfully submitted,

s/ Victoria Holland
Victoria Holland (OBA 33197)
(OBA 33197 WDOK 17-151)
vholland@devollaw.com
Devol and Associates
15205 Traditions Lake Parkway
Edmond, OK 73003
Telephone (405)225-2300
Facsimile (405)225-2301

*Attorneys for Fort Sill Apache Defendants*

CERTIFICATE OF DELIVERY

I hereby certify that on this 3rd day of June 2022, a true and correct copy of the foregoing was delivered to the following:

Forrest Tahdooahnippah
Amy Weisgram
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
forrest@dorsey.com
weisgram.amy@dorsey.com

Ryland Rivas
Rivas Law
628 W. Choctaw Ave
Chickasaw, OK 73018
ryalnd@rivaslaw.com

s/Victoria Holland