# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **KIOWA TRIBE et al.,** )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**UNITED STATES DEPARTMENT** )<br>**OF THE INTERIOR et al.,** )<br>)<br>**Defendants.** ) | Case No. CIV-22-425-G |

## ORDER

Now before the Court is Plaintiff Kiowa Tribe's Motion to Continue (Doc. No. 88). In its Motion, Plaintiff seeks to continue the hearing on Plaintiffs' Motion for Preliminary Injunction (Doc. Nos. 52, 53), which is currently set for August 19, 2022, at 10:00 a.m. Plaintiff represents that this request is unopposed by the other parties in this matter.

For good cause shown, the Motion to Continue (Doc. No. 88) is GRANTED. The August 19, 2022 hearing is STRICKEN, to be reset at a later date.

Within thirty (30) days of the date of this Order, the parties shall submit a proposed revised schedule to the Court.

IT IS SO ORDERED this 11th day of August, 2022.

_____
CHARLES B. GOODWIN
United States District Judge