UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **KIOWA TRIBE et al.,** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   Case No. CIV-22-425-G |
| | ) |
| **UNITED STATES DEPARTMENT** | ) |
| **OF THE INTERIOR et al.,** | ) |
| | ) |
| Defendants. | ) |

## ORDER

Now before the Court is a Motion to Withdraw filed by Kyle Scherer, counsel for Plaintiff Kiowa Tribe. The Motion notes that other counsel will remain of record for Plaintiff.

Counsel's Motion to Withdraw (Doc. No. 100) therefore is GRANTED.

IT IS SO ORDERED this 24th day of October, 2022.

_____
CHARLES B. GOODWIN
United States District Judge