IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KIOWA TRIBE and COMANCHE NATION, <br>    Plaintiffs, <br><br> v. <br><br> THE UNITED STATES DEPARTMENT OF THE INTERIOR, *et al*. <br>    Defendants. | ) <br> ) <br> ) <br> ) <br> ) CIV-22-425-G <br> ) <br> ) <br> ) <br> ) <br> ) |

**THE FEDERAL DEFENDANTS' MOTION FOR LEAVE
TO FILE OVERSIZED BRIEF**

Defendants United States Department of the Interior ("DOI"); Bryan Newland, in his Official Capacity as Assistant Secretary – Indian Affairs ("Assistant Secretary Newland"); Darryl LaCounte, in his Official Capacity as Director of the Bureau of Indian Affairs ("Director LaCounte"); and Sequoyah Simermeyer, in his Official Capacity as Chairman ("Chairman Simermeyer") of the National Indian Gaming Commission ("NIGC") (collectively "Federal Defendants") move pursuant to LCvR 7.1(e) & (k)(9) for leave to file a Reply to the Responses to the Federal Defendants' Motion to Dismiss of up to 20 pages in length. In support of this motion, the Federal Defendants respectfully submit the following:

1.    *Specific reasons for Defendants' request*:

The Federal Defendants are requesting an additional 10 pages for their Reply to the Responses to the Federal Defendants' Motion to Dismiss. The Federal Defendant's Reply will be one unified brief addressing the Responses of both Plaintiffs the Kiowa Tribe and the Comanche Nation, and therefore additional pages may be necessary. In an abundance

of caution, the Federal Defendants ask that they be allowed the additional 10 pages to ensure the issues are fully briefed.

2.  *Conferral with Opposing Counsel*:

The undersigned counsel has conferred with opposing counsel who have no objection to the request.

## Prayer for Relief

The Federal Defendants respectfully seek an order authorizing an oversized brief of up to 20 pages in length. This is a LCvR 7.1(k) motion requiring no brief. A proposed order will be submitted with this motion.

                          Respectfully Submitted,

                          ROBERT J. TROESTER
                          United States Attorney

                          *s/ Cara Rodriguez*
                          Cara Rodriguez, OBA #21794
                          Alison E. Spurlock, DC Bar 1017476
                          Assistant U.S. Attorneys
                          210 Park Avenue, Suite 400
                          Oklahoma City, OK  73102
                          (405) 553-8700
                          Cara.Rodriguez@usdoj.gov
                          Alison.Spurlock@usdoj.gov
                          Counsel for Federal Defendants