## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **KIOWA TRIBE et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-22-425-G** |
| | ) | |
| **UNITED STATES DEPARTMENT** | ) | |
| **OF THE INTERIOR et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

As represented in the Notice of Voluntary Dismissal (Doc. No. 117) filed on February 28, 2023, all claims of Plaintiff Kiowa Tribe are dismissed with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED this 2nd day of March, 2023.

CHARLES B. GOODWIN
United States District Judge