UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **COMANCHE NATION,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. CIV-22-425-G |
| ) | |
| **UNITED STATES DEPARTMENT** ) | |
| **OF THE INTERIOR et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

In the parties' telephonic status conference with the Court, and in their Joint Motion to Continue Hearing (Doc. No. 115), the Federal Defendants and the FSAT Defendants asserted that the dismissal of Plaintiff Kiowa Tribe would present questions regarding the standing of the remaining plaintiff, Comanche Nation, to pursue this lawsuit and that further briefing is required prior to any presentation of argument on the pending Motion for Preliminary Injunction.

On February 24, 2023, the Court granted the Joint Motion to allow "the Court to limit its consideration to only the parties' extant claims" and for "the parties to address threshold jurisdictional issues." Order of Feb. 24, 2023 (Doc. No. 116) at 2. On February 28, 2023, all claims of Plaintiff Kiowa Tribe were dismissed with prejudice. *See* Doc. No. 117.

Accordingly, the following deadlines are hereby imposed:

- Within fourteen (14) days of the date of entry of this Order, the Federal Defendants and the FSAT Defendants shall file any supplemental motion(s) regarding the standing of Plaintiff Comanche Nation to pursue the remaining claims of this action;

- Any response and reply briefs shall be filed in accordance with this Court's Local Civil Rules; and

- A hearing on the Motion for Preliminary Injunction shall be reset by later order of the Court.

IT IS SO ORDERED this 7th day of March, 2023.

CHARLES B. GOODWIN
United States District Judge