UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Kiowa Tribe and Comanche Nation,<br><br>                      Plaintiffs,<br><br>v.<br><br>The United States Department of the Interior, et al.<br><br>                      Defendants. | CASE NUMBER: 5:22-CV-00425 |

**MOTION TO WITHDRAW AS COUNSEL**
**FOR PLAINTIFF COMANCHE NATION**

      Counsel for Plaintiff Comanche Nation ("Comanche Nation"), Ben Kappelman and Amy Weisgram, with the law firm of Dorsey & Whitney LLP, and Forrest Tahdooahnippah, formerly of Dorsey & Whitney LLP (collectively "Dorsey & Whitney"), request leave of this Court to withdraw as counsel of record pursuant to LCvR83.5.  In support, Dorsey & Whitney submits the following:

1. Pursuant to the Comanche Nation Constitution, Comanche Nation held its annual election on May 13, 2023, to select which law firm to retain as Tribal Attorney.

2. As a result of the election, Comanche Nation retained Crowe & Dunlevy as Tribal Attorney.

3. Dorsey & Whitney was notified by Comanche Nation of the election results and the retention of Crowe & Dunlevy.

4. Crowe & Dunlevy began its service as Tribal Attorney to Comanche Nation in June 2023.

1

5. Comanche Nation consents to Dorsey & Whitney withdrawing as attorneys of record.

6. Dorsey & Whitney anticipates that Crowe & Dunlevy will enter its appearance on behalf of Comanche Nation imminently.

7. By this filing, all parties to the action were notified of Dorsey & Whitney withdrawing as attorneys of record.

Based on the above representations, Ben Kappelman, Amy Weisgram and Forrest Tahdooahnippah respectfully request this Court grant its Motion to Withdraw as attorneys of record for Plaintiff Comanche Nation.

Dated:  September 13, 2022

Respectfully submitted,

*/s/ Amy Weisgram*
Ben Kappelman (SBN )
kappelman.ben@dorsey.com
Forrest Tahdooahnippah (SBN 0391459)
forrest@dorsey.com
Amy Weisgram (SBN 0399449)
weisgram.amy@dorsey.com
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
(612) 340-2600 (telephone)
(612) 340-2868 (facsimile)

*Attorneys for Plaintiff Comanche Nation*