UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| COMANCHE NATION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR et al.,<br><br>　　　　Defendants. | Case No. CIV-22-425-G |

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

　　Enter my appearance as counsel in this case for the Fort Sill Apache Tribal Defendants: Jennifer Heminokeky, individually and in her capacity as Chairwoman; Pamela Eagleshield, individually and in her capacity as Vice-Chair; James Dempsey, individually and in his capacity as Secretary-Treasurer; Jeanette Mann, individually and in her capacity as Committee Member; Dolly Loretta Buckner, individually and in her capacity as Committee Member; Lori Gooday Ware, individually and in her capacity as former Chairwoman; Philip Koszarek, individually and in his capacity as Chairman of the Fort Sill Apache Gaming Commission; Naomi Hartford, individually and in her capacity as Vice-Chair of the Fort Sill Apache Gaming Commission; Michael Crump, individually and in his capacity as Commissioner of the Fort Sill Apache Gaming Commission; Lauren Pinola, individually and in her capacity as Commissioner of the Fort Sill Apache Gaming Commission; and Debbie Baker, individually and in her capacity as Commissioner of the Fort Sill Apache Gaming Commission ("FSAT Defendants").

The current counsel of record for the FSAT Defendants will be withdrawing from the case and I will be serving as replacement counsel. All future pleadings, correspondence and other matters relating to this case should be directed to me.

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

/s/ *R. Daniel Carter*
R. Daniel Carter, OK Bar No. 30514
Foster Garvey PC
401 S. Boston Ave., Ste. 500
Tulsa, OK  74103
Telephone: (918) 732-9355
Email: daniel.carter@foster.com

Dated: June 27, 2024

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2024, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

/s/ *R. Daniel Carter*