UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KIOWA TRIBE and COMANCHE NATION, § § § § | |
| Plaintiffs, § § | |
| v. § | Case No. 5:22-CV-00425-G |
| § § | |
| THE UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, § § § § § | |
| Defendants. § | |

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

**COMES NOW**, Joshua D. Wells, Victoria S. Holland, A. Daniel Woska, and Valerie Devol, of the law firm Devol and Associates, attorneys for the Fort Sill Apache Tribe ("FSAT") Defendants, Lori Gooday Ware, Pamela Eagleshield, James Dempsey, Jeanette Mann, Jennifer Heminokeky, Dolly Loretta Buckner, Philip Koszarek, Naomi Hartford, Michael Crump, Lauren Pinola, and Debbie Baker, and move to withdraw as counsel of record for the Fort Sill Apache Tribe in the above captioned matter, and in support thereof states:

1. That after a tribal election, a new chairperson of the FSAT was recently sworn into office.

2. The chairperson is retaining new counsel to represent her administration.

1

3. Movants no longer represents the FSAT and no longer has authority to represent the FSAT or any of the individual defendants in this matter.

4. Daniel Carter has been retained as the FSAT's counsel in this matter and will enter his appearance on their behalf.

5. Counsel for Plaintiffs were notified of Movants' intent to withdraw and indicated they did not object to such withdrawal so long as an entry of appearance was filed by FSAT's new counsel. Said entry of appearance was filed today. [Doc. No. 136].

6. Currently there are no pending or upcoming hearings set in this case.

7. Movants' withdrawal will not cause any undue delay, prejudice or injustice to the above captioned case.

**WHEREFORE**, Counsel prays that the Court enter an order allowing them to withdraw for the above captioned cause and for any further relief to which the Court deems them entitled.

Respectfully submitted,

/s/ Joshua Wells

Joshua Wells, OBA #22334
Victoria S. Holland, OBA #33197
A. Daniel Woska, OBA #9900
Valerie R. Devol, OBA #19624
vdevol@devollaw.com
Devol and Associates
15205 Traditions Lake Parkway
Edmond, OK 73003
Telephone (405) 225-2300
Facsimile (405) 225-2301

***Attorneys for Fort Sill Apache Defendants***

## CERTIFICATE OF SERVICE

      We, Joshua D. Wells, Victoria S. Holland, A. Daniel Woska, and Valerie Devol, certify that on June 27, 2024, we electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records on file, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

_____