UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert                                                                    Jane K. Castro
Clerk of Court                                                                       Chief Deputy Clerk

June 15, 2026

Joan Kane
United States District Court for the Western District of Oklahoma
Office of the Clerk
200 NW 4th Street
Oklahoma City, OK 73102

**RE:**    **24-6221, Comanche Nation v. Ware, et al**
        Dist/Ag docket: 5:22-CV-00425-G

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeal issued today. The court's April 21, 2026 judgment takes effect this date. With the issuance of this letter, jurisdiction is transferred back to the lower court/agency.

Please contact this office if you have questions.

                                        Sincerely,

                                        Christopher M. Wolpert
                                        Clerk of Court

cc:    Shoney Blake
       Robert Daniel Carter
       Cara Nicole Cobb
       Devra R Cohen
       Joe Wiley Keene
       Kelly Ann Mennemeier
       Wilson K. Pipestem
       Alison Spurlock

CMW/ssb